IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL ANTHONY GOODLOE, JR., § | |
| Plaintiff, § | |
| § | |
| v. § | No. 3:22-cv-165-E (BT) |
| § | |
| DALLAS COUNTY COURTS § | |
| PRINCIPLE AGENT, et al., § | |
| Defendants. | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated March 15, 2022, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. **Goodloe is WARNED that if he continues to file frivolous *pro se* cases in this Court, sanctions and/or a filing bar may be imposed.**

**SO ORDERED:** April 11, 2022.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE